UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )  CASE NO. 1:08-CR-00207-
                               )  001-LJO
     Plaintiff,                )
                               )
     vs.                       )
                               )
MICHAEL TURMAN,                )
                               )  PRO HAC VICE APPLICATION
     Defendant.                )  AND ORDER
                               )
                               )  JUDGE:  Hon. Lawrence J.
                               )  O'Neill
_____

     AND NOW, to-wit, this _16th day of October, 2012,
upon application of Alan Ellis, Esquire, it is hereby
Ordered that Alan Ellis be admitted *pro hac vice* in the
above referenced matter as attorney for Defendant,
Michael Turman.

                         BY THE COURT:


                         **/s/ Lawrence J. O'Neill**
                         United States District Judge